No. 10–5259. HALL *v.* BODISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–5261. HENDERSON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–5262. ISANAN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 10–5264. IHSAAN, AKA MAYWEATHER *v.* WILKINSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–5265. GRAHAM *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 10–5266. GEORGE *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–5267. CRUZ GONZALEZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5268. COHEN *v.* HODGES, INSPECTOR, UNITED STATES POSTAL SERVICE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5269. COKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5271. ESCAMILLA *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 10–5272. CAVIN *v.* WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5273. CLARK *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 10–5274. COLEMAN, AKA LONG *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5275. JOHN R. G. *v.* CATHOLIC CHARITIES OF SOUTHERN NEVADA. Sup. Ct. Nev. Certiorari denied.